THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRELL CRANE,

    Plaintiff,

v.

    3:20-CV-2303
    (JUDGE MARIANI)

GREAT WOLF LODGE OF
THE POCONOS, LLC,

    Defendant.

### ORDER

AND NOW, THIS 29th DAY OF JUNE, 2021, Magistrate Judge Joseph F. Saporito having reported that the parties have settled the above-captioned action, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge